UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| James Green, <br><br> Plaintiff, <br><br> v. <br><br> Midland Credit Management, Inc., <br><br> Defendant. | Case No. 6:10-cv-1397-28-GJK <br><br><br> **COMPLAINT FOR DAMAGES UNDER THE FAIR DEBT COLLECTION PRACTICES ACT AND OTHER EQUITABLE RELIEF** <br><br><br> **JURY DEMAND ENDORSED HEREIN** |

## JURISDICTION AND VENUE

1. Jurisdiction is founded on 28 U.S.C. §1331 pursuant to the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. §1692. Venue is proper because a substantial part of the events giving rise to this claim occurred in this judicial district.

## FACTS COMMON TO ALL COUNTS

2. Defendant is a "debt collector" as defined by the FDCPA, 15 U.S.C. §1692a(6).

3. As described below, Defendant attempted to collect from Plaintiff a "debt" as defined by 15 U.S.C. §1692a(5).

4. Plaintiff is a "consumer" as defined by 15 U.S.C. §1692a(3).

5. In or around July 2010, Defendant telephoned Plaintiff's mother ("Mildred") in connection with the collection of the debt on several occasions.

6. During at least two of these communications, Defendant disclosed to Mildred the creditor and balance of the debt and asked Mildred to pay the debt.

7. Defendant caused Plaintiff emotional distress.

8. Defendant violated the FDCPA.

1

## COUNT ONE

### Violation of the Fair Debt Collection Practices Act

9. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

10. Defendant violated 15 U.S.C. §1692c(b) by communicating with a third party in connection with the collection of the debt.

## JURY DEMAND

11. Plaintiff demands a trial by jury.

## PRAYER FOR RELIEF

12. Plaintiff prays for the following relief:

    a. Judgment against Defendant for actual damages, statutory damages, and costs and reasonable attorney's fees pursuant to 15 U.S.C. §1692k.

    b. For such other legal and/or equitable relief as the Court deems appropriate.


RESPECTFULLY SUBMITTED,

Legal Helpers, LLP

By: /s/ Helene Karen Gatto
    Helene Karen Gatto
    Bar # 0190527
    2901 West Busch Blvd, Suite 701
    Tampa, FL 33618
    Telephone: 866-339-1156
    Email: kga@legalhelpers.com
    Attorneys for Plaintiff